

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-17-00211-CV |
|  | § |  |
| K.S.R.W. AND D.D.W., III, | § | Appeal from the |
|  | § |  |
| CHILDREN | § | 383rd District Court |
|  | § |  |
|  | § | of El Paso County, Texas |
|  | § |  |
|  | § | (TC# 2017DCM5649) |
|  | § |  |

## <u>MEMORANDUM OPINION</u>

Deon Demitrius Wilson, Jr., *pro se*, and Selina Rae Vasquez, *pro se*, filed notices of appeal. The notices of appeal do not state the date of the judgment or appealable order they are seeking to challenge. *See* Tex.R.App.P. 25.1(d)(2). The District Clerk's docketing certificate reflects that the trial court has not entered a final judgment or appealable order. We dismiss the appeal for lack of jurisdiction.

It is well settled that appellate courts have jurisdiction over final judgments and interlocutory orders made appealable by statute. *Lehmann v. Har-Con Corporation*, 39 S.W.3d 191, 195 (Tex. 2001); Tex.Civ.Prac.&Rem.Code Ann. § 51.014 (West Supp. 2017)(authorizing appeals from certain interlocutory orders). The Clerk of the Court sent Appellant Deon Demitrius Wilson, Jr. notice that the Court intended to dismiss the appeal for lack of jurisdiction because there is no final judgment or appealable order unless he responded within ten days and established

grounds for the appeal to continue. *See* Tex.R.App.P. 42.3(a). Wilson has not filed any response to the Court's inquiry. The Clerk of the Court was unable to send notice of intent to dismiss to Appellant Selina Rae Vasquez because the District Clerk does not have Vasquez's address and Vasquez's notice of appeal does not include her mailing address or email. Under these circumstances, we will apply Rule 2 and suspend Rule 42.3's requirement that notice be given to Vasquez of the Court's intent to dismiss her appeal. *See* Tex.R.App.P. 2; Tex.R.App.P. 42.3. Finding that there is no final judgment or appealable order, we dismiss the appeal.

November 8, 2017

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.